# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>JUAN HERNANDEZ,<br><br>                  Defendant. | Criminal Case No. 13CR3004-LAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE of the Superseding Information.

Dated: 12/3/2013

                                                        LARRY ALAN BURNS
                                                        UNITED STATES DISTRICT JUDGE